JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
ZAKARIYA K. VARSHOVI (Cal. Bar No. 349731)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805/-3994
    E-mail: Paul.Green@usdoj.gov
          Zakariya.Varshovi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, *et al.*,<br><br>    Defendants. | No. 2:23-cv-04451-MWF-E<br><br>**NOTICE OF PROPOSED SETTLEMENT & JOINT REQUEST TO VACATE ALL CASE DEADLINES AND STAY ACTION**<br><br>[L.R. 16-15.7]<br><br>[Filed concurrently with supporting declaration and proposed order]<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

Following private mediation, the parties have reached a proposed settlement, subject to Department of Justice approval. The parties thus respectfully request that the Court vacate the trial date and all pretrial deadlines and stay this action for 120 days. A statement of good cause is contained within the accompanying Declaration of Paul (Bart) Green.

Dated: March 21, 2025           Respectfully submitted,

JOSEPH T. MCNALLY
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
JOANNE S. OSINOFF
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　　/s/ Paul (Bart) Green
PAUL (BART) GREEN
ZAKARIYA K. VARSHOVI
Assistant United States Attorneys

Attorneys for Plaintiff
UNITED STATES OF AMERICA

HUESTON HENNIGAN LLP

　　　/s/ Brandon Marsh
Douglas J. Dixon
Padraic Foran
Emily Michael Munson
Brandon Marsh*

Attorneys for Defendant
Southern California Edison Company

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

# DECLARATION OF PAUL (BART) GREEN

I, Paul (Bart) Green, do hereby state and declare the following:

1. I am an Assistant United States Attorney of the United States Attorney's Office for the Central District of California. I represent Plaintiff United States of America in this civil action to recover damages arising out of the 2017 Creek Fire. I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2. On March 20, 2025, the parties reached an agreement to the material terms of a settlement in the above-entitled action, following private mediation, which is subject to approval of the Department of Justice in Washington D.C. Once the parties fully approve the form of the settlement agreement, the agreement is sent to Washington D.C. for approval. It is anticipated that 120 days are needed to obtain approval for, and to finalize, the proposed settlement.

3. The parties have made prior requests to modify the case schedule, which were granted. Dkt 28, 44, 46.

4. If the trial dates and all pre-trial deadlines are not vacated and a stay is not granted, the parties would be prejudiced by devoting significant time, money, and resources to litigating a case that the parties have agreed to settle, subject to Department of Justice approval. This would include preparing rebuttal expert reports by April 11 to the 14 expert reports that the parties collectively served on March 14, 2025, as well as preparing and taking expert depositions by May 23 under the current case schedule (Dkt. 46).

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 21, 2025, at Santa Ana, California.

                                            */s/ Paul (Bart) Green*
                                            PAUL (BART) GREEN