BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section
PAUL (BART) GREEN (Cal. Bar No. 300847)
ZAKARIYA K. VARSHOVI (Cal. Bar No. 349731)
Assistant United States Attorneys
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-0805/-3994
    E-mail: Paul.Green@usdoj.gov
           Zakariya.Varshovi@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHERN CALIFORNIA EDISON COMPANY, *et al.*,<br><br>    Defendants. | No. 2:23-cv-04451-MWF-E<br><br>**JOINT STATUS REPORT AND REQUEST TO CONTINUE THE STAY OF THIS ACTION**<br><br>[Proposed order filed concurrently]<br><br>Honorable Michael W. Fitzgerald<br>United States District Judge |

Pursuant to the Court's March 24, 2025 Order [Dkt. 48] requiring the parties to submit a joint status report within 130 days, the parties provide the following status report regarding settlement in this matter.

On March 20, 2025, following private mediation, the parties reached an agreement to the material terms of a settlement. On June 10, 2025, the parties agreed to the form of the settlement agreement, and defendant has signed the agreement. Settlement is subject

1

to final approval of the Department of Justice in Washington D.C. The settlement agreement is now pending final review and approval by the Department of Justice. The parties anticipate filing a stipulation of dismissal after review is completed.

The parties thus respectfully request that the Court continue the stay of this action and direct the parties to file another joint status report within 60 days if the parties have not fully consummated the proposed settlement in this matter by that time.

Dated: July 28, 2025

Respectfully submitted,

BILAL A. ESSAYLI
United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
DANIEL A. BECK
Assistant United States Attorney
Chief, Complex and Defensive Litigation Section

　　*/s/ Paul (Bart) Green*
PAUL (BART) GREEN
ZAKARIYA K. VARSHOVI
Assistant United States Attorneys

Attorneys for Plaintiff
United States of America

HUESTON HENNIGAN LLP

　　*/s/ Brandon Marsh*
Douglas J. Dixon
Padraic Foran
Emily Michael Munson
Brandon Marsh*

Attorneys for Defendant
Southern California Edison Co.

*Pursuant to Local Rule 5-4.3.4(2), the filer attests that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.